UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE (USDA) FOREST SERVICE, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-00845-KJM-JDP (PS)<br><br>ORDER CLARIFYING SERVICE REQUIREMENTS AND DIRECTING FURTHER SERVICE OF PROCESS<br><br>ECF No. 8 |

On January 28, 2021, the court directed service upon defendants. ECF No. 8. On April 14, 2021, the United States Department of Agriculture, appearing through counsel, filed a notice that service had not been completed upon the Department. ECF No. 14. Specifically, the Department notifies the court that neither the United States Attorney's Office nor the Attorney General have been served. *Id.* (citing Fed. R. Civ. P. 4(i)).

Accordingly, the United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. *See*

1

1  Fed. R. Civ. P. 4(i)(1)(A) & (B).  The United States Marshal shall thereafter file a statement with
2  the court that said documents have been served.
3
4  IT IS SO ORDERED.
5
6  Dated: __April 21, 2021__                    _____
                                                JEREMY D. PETERSON
7                                               UNITED STATES MAGISTRATE JUDGE