IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS, <br><br>         Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE (USDA) FOREST SERVICE, *et al.*, <br><br>         Defendants. | No. 2:20-cv-00845-KJM-JDP <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME <br><br> ECF No. 20 |

Defendants move for an extension of time to answer the complaint while the parties attempt to resolve the case. ECF No. 20. For good cause shown, defendants' motion is granted. Defendants may have until January 11, 2022 to file a responsive pleading.

IT IS SO ORDERED.

Dated:   October 12, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE