IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS, | No. 2:20-cv-00845-KJM-JDP |
| Plaintiff, | ORDER TO SCHEDULE SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE (USDA) FOREST SERVICE, ET AL., | |
| Defendants. | |

Pursuant to the parties' stipulation, ECF No. 23, it is hereby ordered that the parties' stipulation for a settlement conference before the Honorable Kendall J. Newman is approved for November 12, 2021.

IT IS SO ORDERED.

Dated:   October 26, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE