# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-00845-KJM-JDP (PS)<br><br>ORDER DENYING MOTION FOR CLARIFICATION<br><br>ECF No. 18 |

On June 30, 2021, plaintiff filed a motion seeking assistance with service. ECF No. 18. After some delay, service was completed, and the defendants have now appeared. Thus, plaintiff's motion is denied as moot and without prejudice. ECF No. 18.

IT IS SO ORDERED.

Dated:   February 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE