UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS,<br><br>             Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF AGRICULTURE (USDA) FOREST SERVICE, *et al.*,<br><br>             Defendants. | Case No. 2:20-cv-000845-KJM-JDP (PS)<br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file objections to the May 15, 2023 findings and recommendations.  ECF No. 45.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 45, is granted.

2. Plaintiff is granted fourteen days from the date of this order in which to file objections to the May 15, 2023 findings and recommendations.

IT IS SO ORDERED.

Dated:   June 6, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE