UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE M. BURRUS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE (USDA) FOREST SERVICE, et al.,<br><br>    Defendants. | No. 2:20-cv-00845-KJM-JDP (PS)<br><br><br><br>ORDER |

      On May 15, 2023, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on June 9, 2023. ECF No. 47. And defendant filed a response to the objections on June 13, 2023. ECF No. 48.

      This court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. As the Magistrate Judge correctly found in his previous and current findings and recommendations, the letter attached to plaintiff's original and amended complaints is not a proper request for information under the Freedom of Information Act (FOIA), and no other allegations in the original or amended complaints show plaintiff otherwise made a proper FOIA

request.  *See* Prev. F&Rs at 12, ECF No. 34, *adopted*, ECF No. 37; F&Rs at 4–6.  Nor would amendments to the complaint be in the interest of justice, as plaintiff stands by her original allegation that the letter was a proper request.  *See, e.g.*, Objections at 8–15.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The Findings and Recommendations filed May 15, 2023, are adopted;

        2.  Defendant's motion to dismiss, ECF No. 40, is granted;

        3.  Plaintiff's first amended complaint, ECF No. 38, is dismissed without leave to amend; and

        4.  The Clerk of Court is directed to close the case.

DATED:  August 21, 2023.

                                        CHIEF UNITED STATES DISTRICT JUDGE